IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAMELA CHARLESTON                                                                PLAINTIFF

v.                    NO. 4:18-cv-00477 PSH

NANCY A. BERRYHILL, Acting Commissioner              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Pamela Charleston.

IT IS SO ORDERED this 9th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE